```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
  UNITED STATES OF AMERICA,              :
                                         :
           -v-                           :    S1 20cr0052 (DLC)
                                         :
  TASHA BURNETT, aka "Dutchis,"          :         ORDER
                                         :
                  Defendant.             :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 6, 2020, the defendant filed an application for release from the Metropolitan Correctional Center ("MCC") pending trial. It is hereby

ORDERED that the Government's response is due tomorrow, **April 8, 2020** at **10:00 am.**

Dated:   New York, New York
         April 7, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge