```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA                :        20cr52 (DLC)
                                         :
              -v-                        :        ORDER
                                         :
 TASHA BURNETT,                          :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled to enter a plea of guilty on December 10, 2020 at 10:30 a.m. in a videoconference proceeding. Due to the recent spike in COVID-19 cases and the resultant increase in demand for videoconference proceedings, a videoconference proceeding may not be available to the defendant on December 10. A telephone conference plea proceeding may be available to the defendant, however. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **Wednesday, December 2:**

> If a videoconference plea proceeding is unavailable, does the defendant consent to plead guilty at a telephone conference proceeding?

If the defendant consents to plead guilty at a telephone conference proceeding, either as a matter of preference or because a videoconference proceeding is unavailable, please

complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          November 30, 2020

                                            DENISE COTE
                               United States District Judge