```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    20cr52-11 (DLC)
                                           :
            -v-                            :    ORDER
                                           :
TASHA BURNETT,                             :
                                           :
                  Defendant.               :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on January 20, 2023, it is hereby

ORDERED that C.J.A. counsel Joshua J. Horowitz is appointed to represent the defendant.

SO ORDERED:

Dated:   New York, New York
         January 20, 2023

                                     _____
                                              DENISE COTE
                                     United States District Judge